| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|  | Laura J. Maechtlen (SBN 224923) |
| 2 | lmaechtlen@seyfarth.com |
|  | Peter D. Urias (SBN 255306) |
| 3 | purias@seyfarth.com |
|  | Michael A. Wahlander (SBN 260781) |
| 4 | mwahlander@seyfarth.com |
|  | 560 Mission Street, 31st Floor |
| 5 | San Francisco, California 94105 |
|  | Telephone:     (415) 397-2823 |
| 6 | Facsimile:      (415) 397-8549 |
| 7 | Attorneys for Defendants OPTUM, INC. (erroneously |
|  | sued as OPTUM), UNITED HEALTHCARE SERVICES, |
| 8 | INC. |
| 9 | Louis A. Highman (SBN 61703) |
|  | Bruce J. Highman (101760) |
| 10 | HIGHMAN, HIGHMAN, & BALL |
|  | 870 Market Street, Suite 467 |
| 11 | San Francisco, CA 94102 |
|  | (415) 982-5563 |
| 12 | |
|  | Attorney for Plaintiff GRACE MOK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE MOK, | Case No. CV 13-04577 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| OPTUM, UNITED HEALTHCARE SERVICES, INC., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL / CASE NO. CV 13-04577 RS

Plaintiff Grace Mok ("Plaintiff") and Defendants Optum, Inc. and United HealthCare Services, Inc. ("Defendants"), by and through their counsel, hereby stipulate as follows:

1. On February 10, 2014, the Court entered an order compelling this matter to arbitration. (ECF No. 35.) The Court's order stated, "If the matter is resolved by settlement, or in the event Mok elects not to pursue arbitration, she shall promptly file a dismissal of the action. (*Id*. at p. 10.)

2. The parties have reached an agreement to resolve this matter.

3. The above-captioned action shall be dismissed in its entirety with prejudice; and

4. None of the parties will seek a court award for attorneys' fees and costs.

DATED: April 24, 2014              Respectfully submitted,

                                   SEYFARTH SHAW LLP


                                   By:   /s/ *Michael A. Wahlander*
                                         Laura J. Maechtlen
                                         Peter D. Urias
                                         Michael A. Wahlander
                                   Attorneys for Defendants
                                   OPTUM, INC. (erroneously sued as OPTUM),
                                   UNITED HEALTHCARE SERVICES, INC.


DATED: April 24, 2014              Respectfully submitted,

                                   HIGHMAN, HIGHMAN & BALL


                                   By:   /s/ *Louis A. Highman*
                                         Louis A. Highman
                                   Attorneys for Plaintiff
                                   GRACE MOK

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing, this action is dismissed with prejudice.   Neither party shall seek a court award of attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Richard Seeborg
United States District Court Judge