| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Laura J. Maechtlen (SBN 224923) |
| 2 | lmaechtlen@seyfarth.com |
| | Peter D. Urias (SBN 255306) |
| 3 | purias@seyfarth.com |
| | Michael A. Wahlander (SBN 260781) |
| 4 | mwahlander@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 5 | San Francisco, California  94105 |
| | Telephone:     (415) 397-2823 |
| 6 | Facsimile:      (415) 397-8549 |
| 7 | Attorneys for Defendants  OPTUM, INC. (erroneously |
| | sued as OPTUM), UNITED HEALTHCARE SERVICES, |
| 8 | INC. |
| 9 | Louis A. Highman (SBN 61703) |
| | Bruce J. Highman (101760) |
| 10 | HIGHMAN, HIGHMAN, & BALL |
| | 870 Market Street, Suite 467 |
| 11 | San Francisco, CA 94102 |
| | (415) 982-5563 |
| 12 | |
| | Attorney for Plaintiff GRACE MOK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE MOK, | Case No. CV 13-04577 RS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| | **ORDER OF DISMISSAL** |
| v. | |
| OPTUM, UNITED HEALTHCARE SERVICES, INC., | |
| Defendants. | |

Plaintiff Grace Mok ("Plaintiff") and Defendants Optum, Inc. and United HealthCare Services, Inc. ("Defendants"), by and through their counsel, hereby stipulate as follows:

1. On February 10, 2014, the Court entered an order compelling this matter to arbitration. (ECF No. 35.) The Court's order stated, "If the matter is resolved by settlement, or in the event Mok elects not to pursue arbitration, she shall promptly file a dismissal of the action. (*Id*. at p. 10.)

2. The parties have reached an agreement to resolve this matter.

3. The above-captioned action shall be dismissed in its entirety with prejudice; and

4. None of the parties will seek a court award for attorneys' fees and costs.

DATED: April 24, 2014                    Respectfully submitted,

                                         SEYFARTH SHAW LLP


                                         By:  /s/ *Michael A. Wahlander*
                                              Laura J. Maechtlen
                                              Peter D. Urias
                                              Michael A. Wahlander
                                         Attorneys for Defendants
                                         OPTUM, INC. (erroneously sued as OPTUM),
                                         UNITED HEALTHCARE SERVICES, INC.


DATED: April 24, 2014                    Respectfully submitted,

                                         HIGHMAN, HIGHMAN & BALL


                                         By:  /s/ *Louis A. Highman*
                                              Louis A. Highman
                                         Attorneys for Plaintiff
                                         GRACE MOK

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause appearing, this action is dismissed with prejudice.   Neither party shall seek a court award of attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  4/25/14

_____
Hon. Richard Seeborg
United States District Court Judge